UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN CORNEJO,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | No. 2:16-cv-02594 KJM AC P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 7, 2017, respondent filed a motion to dismiss the petition. ECF No. 9. On September 25, 2017, an opposition to that motion was submitted on petitioner's behalf by Ernest L. Cox, petitioner's self-described jailhouse lawyer. ECF No. 12 at 4. Petitioner did not sign the opposition. Id. Cox states that petitioner was transferred to administrative segregation before he could do so. Id. at 9.

Local rules provide that "[a]ll pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them, or by the party involved if that party is appearing in propria persona." E.D. Local Rule 131(b) (underlining in original). Thus, the court will only consider the opposition if petitioner submits his signature indicating his assent to both its content and its submission by Cox on his behalf. To that end, the court will direct the Clerk of Court to send a copy of the opposition and attached documents to petitioner with this order.

1

Petitioner may indicate his assent to the opposition's filing by signing and dating the document in any area of the document on which his signature will be readily apparent. Petitioner should submit a signed copy of the opposition within twenty-one days of this order's entry.

It is THEREFORE ORDERED that:

1. The Clerk of Court shall send a copy of the opposition (ECF No. 12) to petitioner in conjunction with this order;

2. If petitioner assents to the content of the opposition and Ernest Cox's filing it on his behalf, he should sign and date the enclosed copy of the opposition in a location that will be readily apparent;

3. Petitioner should submit the signed and dated opposition within twenty-one (21) days of this order's entry; and

4. If petitioner fails to submit a signed and dated opposition within that time, the court will decline to consider the opposition and strike it from the record.

DATED: September 27, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE